UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
El PASO DIVISION

| | |
|---|---|
| BRANDON CALLIER, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | EP-20-CV-0286 |
| § | |
| UNITED STUDENT LOAN ASSISTANCE § | |
| CENTER, LLC a Florida Limited Liability § | |
| Company, MORDECAI ALPERT and ROBIN § | |
| SCHIFF § | |
| Defendants. § | |
| § | |

FILED
2020 DEC 11  AM 11: 42
CLERK US DISTRICT COURT
ESTERN DISTRICT OF TEXAS
BY_____
         DEPUTY

## PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE

The parties have resolved the case and completed their obligations. The Plaintiff hereby requests the court dismiss the case against all parties with prejudice.

December 11, 2020

Respectfully submitted,

Brandon Callier
Plaintiff, Pro-se
6336 Franklin Trail
El Paso, TX 79912

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### El PASO DIVISION

| | |
|---|---|
| **BRANDON CALLIER,** § § § | |
| Plaintiff, § § | |
| v. § | EP-20-CV-0286 |
| § | |
| **UNITED STUDENT LOAN ASSISTANCE CENTER, LLC** a Florida Limited Liability Company; **MORDECAI ALPERT** and **ROBIN SCHIFF** § § § § § | |
| Defendants. § § | |

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing was sent via mail to the defendants' attorney of record.

December 11, 2020

Brandon Callier
Pro-se
6336 Franklin Trail
El Paso, TX 79912

RECEIVED

DEC 11 2020

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
        DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# El PASO DIVISION

| | | |
|---|---|---|
| **BRANDON CALLIER,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | EP-20-CV-0286 |
| | § | |
| **UNITED STUDENT LOAN ASSISTANCE CENTER, LLC** a Florida Limited Liability Company, **MORDECAI ALPERT** and **ROBIN SCHIFF** | § | |
| Defendants. | § | |

## [PROPOSED] ORDER

Upon consideration of Plaintiff's Motion to Dismiss, and it appearing that such Motion should be granted, it is this _____ day of _____, 2020,

**IT IS THEREFORE ORDERED** by the Court that this cause is dismissed with prejudice.

_____
United States District Judge