# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| **BRANDON CALLIER,** § | | |
| § | | |
| *Plaintiff*, § | | |
| v. § | | |
| § | | |
| **UNITED STUDENT LOAN ASSISTANCE** § | EP-20-CV-00286-DCG | |
| **CENTER,** *a Florida Corporation*, § | | |
| **MORDECAI ALPERT**, **and ROBIN** § | | |
| **SCHIFF**, § | | |
| § | | |
| *Defendants*. § | | |

## ORDER DISMISSING CASE

On November 19, 2020, Plaintiff Brandon Callier brought this lawsuit against Defendants United Student Loan Assistance Center, Mordecai Alpert, and Robin Schiff, for violations of, *inter alia*, the Telephone Consumer Protection Act of 1991, 47 U.S.C. § 227 *et seq*. On December 11, 2020, Plaintiff filed a "Motion to Dismiss with Prejudice" (ECF No. 6), wherein he asks the Court to dismiss the case with prejudice. As none of Defendants has filed an answer yet, the Court construes Plaintiff's motion as one brought under Federal Rule of Civil Procedure 41(a)(1)(A)(i) and therefore, enters the following orders.

**IT IS ORDERED** that Plaintiff's "Motion to Dismiss with Prejudice" (ECF No. 6) is **GRANTED**, and the above-captioned cause is **DISMISSED WITH PREJUDICE**,

**IT IS MOREOVER ORDERED** that the District Clerk shall **CLOSE** this case.

So ORDERED and SIGNED this __15th__ day of December 2020.

_____
DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE